# EXHIBIT A



February 19, 2020
**Creditor:** WEC Energy Group
**Original Creditor:** We Energies Utilities
**Account Number:** XXXXXX7545
**Amount of Debt:** $179.42
**Reference Number:** ▇▇▇7963

SARAH GORDON

Our records indicate that your balance with WEC Energy Group remains unpaid; therefore your account has been placed with ERC® for collection efforts. We are authorized to resolve your account for less than the full balance for a payoff amount of $134.57.

This serves as notice to you that ERC® has been authorized to report your delinquent account to the national credit bureaus when allowed by applicable law.

Upon receipt and clearance of $134.57, your account will be satisfied.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic funds transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic funds transfer, funds may be withdrawn from your account as soon as the same day we receive your payment, and you will not receive your check back from your financial institution.

 For self-service options, please visit our website at www.ercbpo.com/help.
 Telephone: (800) 458-8916 Toll Free. All calls are recorded and may be monitored for training purposes.
 Send correspondence to: ERC®, P.O. Box 57610, Jacksonville, FL 32241
 Office Hours (Eastern Time): Mon-Thurs: 8:00 am-11:00 pm, Fri: 8:00 am-10:00 pm, Sat: 8:00 am-8:00 pm
 Pay with cash at participating locations free of charge. See reverse for details.



 This is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose. 
**NOTICE - SEE REVERSE SIDE FOR IMPORTANT NOTICES AND CONSUMER RIGHTS**

Please do not send correspondence to this address.

P.O. BOX 1259, Dept 98696
Oaks, PA 19456





| REFERENCE NUMBER | AMOUNT PAID |
|---|---|
| ▇▇▇7963 | $ |

February 19, 2020


SARAH GORDON
4108 S HATELY AVE
SAINT FRANCIS WI 53235-5908

147168 - 11153

ERC®
P.O. Box 23870
Jacksonville, FL 32241-3870

Case 2:20-cv-01416-SCD   Filed 10/28/20   Page 2 of 3   Document 7-1

### Federal Notice:
Pursuant to 15 U.S.C./1692g(a), take notice that:

1. The amount of the claimed debt is the amount stated in the letter on the reverse side of this notice.

2. The name of the creditor to whom the debt is owed is in the letter on the reverse side of this notice.

This is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

### Tennessee Residents:
This Collection Agency is licensed by the Collection Service Board of the Department of Commerce and Insurance.

### Minnesota Residents:
This Collection Agency is licensed by the Minnesota Department of Commerce.

### North Carolina Residents:
North Carolina Department of Insurance Permit Number: 103967.

### Utah Residents:
As required by Utah Law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### Colorado Residents:
For information about the Colorado Fair Debt Collection Practices Act, see www.coag.gov/car or any successor web address.

A consumer has the right to request in writing that a Debt Collector or Collection Agency cease further communication with the consumer. A written request to cease communication will not prohibit the Debt Collector or Collection Agency from taking any other action authorized by law to collect the debt. Local Address: 7200 S. Alton Way, Suite B180, Centennial, CO 80112, (303) 309-3839.

### Our Corporate Information is:
Enhanced Recovery Company, LLC, Doing Business As, ERC® and/or Enhanced Resource Centers
8014 Bayberry Road
Jacksonville, FL 32256

### California Residents:
1. The State Rosenthal Fair Debt Collection Practices Act and the Federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 AM or after 9 PM. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at: 1-877-FTC-HELP or www.ftc.gov.

2. As required by law, you are hereby notified that a negative credit report reflecting on your credit record may be submitted to a credit reporting agency if you fail to fulfill the terms of your credit obligations.

### Massachusetts Residents:
YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN (10) DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN (7) DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE DEBT COLLECTOR. IF YOU WISH TO DISCUSS THIS MATTER, PLEASE CALL US DIRECT, BETWEEN THE HOURS OF 8 AM AND 5 PM EST, AT THE TELEPHONE NUMBER LISTED ON THE FRONT OF THIS NOTICE. LOCAL ADDRESS: 49 WINTER STREET, WEYMOUTH, MA 02188.

---

Cut on dotted line and bring this bottom PaySlip notice to make a payment.

## PAY WITH CASH AT PARTICIPATING CVS PHARMACY AND 7-ELEVEN STORES

There is no fee to make this payment - bring this notice with you.
Visit paynearme.com/locations to find participating locations. Payments could take up to 3 business days to post.

| CVS Pharmacy Cashier Instructions | Store Associate Instructions |
|---|---|
| 1. Scan barcode below | 1. Ask customer how much they want to pay |
| 2. Ask the customer how much they want to pay | 2. Press LOAD button |
| 3. Enter the amount and collect payment | 3. Scan barcode and collect payment |
| 4. Give the customer their receipt | 4. Return PaySlip and provide receipt |
| ♥CVS pharmacy | 7-ELEVEN |
| U4TZ2F | LOAD LIKE GIFT CARD   U4TZ2F |
| PayNearMe [barcode] | PayNearMe [barcode] |

Customers/Cashiers call (888) 342-0955 for PayNearMe cash payment help. Subject to terms of use at www.paynearme.com. Please present only the barcode section of this remit slip to clerk. No additional information or details are necessary for the clerk to process the desired transaction amount.
ERC® is not responsible for any sharing of this information, by you, the consumer, to anyone including the party transacting this payment.
Enhanced Recovery Company, LLC, Doing Business As, ERC® and/or Enhanced Resource Centers, P.O. Box 57610, Jacksonville, FL 32241, (800) 458-8916


Case 2:20-cv-01416-SCD   Filed 10/28/20   Page 3 of 3   Document 7-1