# Ademi LLP
### Attorneys at Law
### Milwaukee | Madison

Guri Ademi
Shpetim Ademi
John D. Blythin
Mark A. Eldridge
Jesse Fruchter
Ben J. Slatky
Denise L. Morris

3620 East Layton Avenue
Cudahy, Wisconsin 53110

Telephone: (414) 482-8000
Facsimile: (414) 482-8001

**December 2, 2020**

<u>*Via ECF*</u>

Hon. Stephen C. Dries
United States District Court
517 East Wisconsin Avenue
Milwaukee, WI 53202

    Re:    *Gordon, et al., v. Enhanced Recovery Company LLC*
            *Case No. 20-cv-01416-SCD*

Dear Judge Dries:

    All parties in this action have reached a resolution of this action in principle. The parties are in the process of executing and exchanging documents. The parties expect that a stipulation or unopposed motion of voluntary dismissal will be submitted to the Court shortly, and within 45 days.

    As such, Plaintiff respectfully requests that the Court not take any further action on this case. Plaintiff also suggests that the Court close this case administratively until a stipulation or unopposed motion of dismissal with prejudice is filed.

                              Very truly yours,
                              ADEMI LLP

                              /s/ Mark A. Eldridge
                              Mark A. Eldridge